# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

Plaintiff,

v.

TIERRE COLE

Defendant.

JUDGMENT

Case Number: 2:14-cr-0344-KJD-PAL

(Related case: 2:16-cv-1377-KJD )

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

as Petitioner Tierre Cole's [40], [43], Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 was DENIED, Judgment is entered on behalf of the United States of America.
A certificate of appealability shall be granted.

3/27/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk