**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-00344-KJD-PAL-1 |
| Plaintiff, | **ORDER** |
| v. | |
| TIERRE COLE, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, December 16, 2024 at 4:00 p.m., be vacated and continued to **January 6, 2025** at the hour of **2:30 p.m.**, in **Courtroom 3D.**

DATED this 16th day of December, 2024.

_____
UNITED STATES MAGISTRATE JUDGE