Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Cristen C. Thayer
Assistant Federal Public Defender
Nevada Bar No. 12873
cristen_thayer@fd.org
411 E. Bonneville Ave. Suite 250
Las Vegas, NV 89101

Attorney for Tierre Cole

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Tierre Cole,<br><br>　　　　Defendant. | Case No. 2:14-cr-00344-KJD-PAL-1<br><br>**Unopposed Motion to Unseal ECF Nos. 142, 144** |

　　　　Defendant Tierre Cole requests that this Court unseal the Petition for Warrant for Offender Under Supervision (ECF No. 142) and Addendum to Petition (ECF No. 144). It appears that these documents were inadvertently left under seal after Mr. Cole's initial appearance. The undersigned has contacted counsel for the

/ / /

/ / /

/ / /

1

1  government, Assistant United States Attorney Peter Walkingshaw, and the
2  government does not object to this motion.
3      Dated: March 13, 2025.    Respectfully submitted,

    Rene L. Valladares
    Federal Public Defender

    */s/ Cristen C. Thayer*
    Cristen C. Thayer
    Assistant Federal Public Defender

IT IS SO ORDERED.

DATED this 14th day of March, 2025.

_____
UNITED STATES DISTRICT JUDGE